**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CASE NO. 18-1110-TJS** |
| | * | |
| **JONATHAN OLDALE,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| ******* | | |

**CONSENT MOTION TO CONTINUE PRELIMINARY HEARING**
**AND TIME FOR FILING OF INDICTMENT UNTIL MAY 25, 2018**

The United States of America, by and through the undersigned attorney, hereby requests an order continuing the Preliminary Hearing and the time for filing an indictment in this matter until May 25, 2018.   In support of this motion, the Government states as follows:

1. On April 12, 2018, Defendant was charged by Criminal Complaint with production of child pornography, in violation of 18 U.S.C. § 2251(a).

2. On April 13, 2018, an initial appearance and detention hearing was held before the Honorable Magistrate Judge Timothy Sullivan.   The Defendant was ordered detained pending trial and a preliminary hearing was set for April 27, 2018.

3. Counsel for the Government and the Defendant have consulted and agree that it would be beneficial if the parties have discussions regarding a plea before an indictment is filed in this case.

4. Pursuant to Fed. R. Crim. P. 5.1(c), a preliminary hearing must be held no later than 14 days after the initial appearance if the Defendant is not in custody.

5. Pursuant to the Speedy Trial Act, the Government must file an indictment or information resulting from the charge against Defendant within thirty days of his arrest.   *See* 18 U.S.C. § 3161(b).

6.  Federal Rule of Criminal Procedure 5.1(d) provides, "With the defendant's consent and upon a showing of good cause—taking into account the public interest in the prompt disposition of criminal cases—a magistrate judge may extend the time limits in Rule 5.1(c) one or more times. . . ."

7.  The Government and counsel for the Defendant have discussed the preliminary hearing and Speedy Trial deadlines. The Defendant, through counsel, agrees that the time within which a preliminary hearing must be held or an indictment filed may be extended to and including May 25, 2018. The Defendant waives any requirement that a preliminary hearing be held or an indictment filed prior to May 25, 2018.

8.  The Government submits that there is good cause to extend the time in which it must file an indictment or the Court must hold a preliminary hearing. The charged conduct described in the criminal complaint describes the videotaping of at least 30 children. It will take time for defense counsel to review the underlying evidence and consult with her client regarding it. The requested extension would allow the Defendant an opportunity to discuss the evidence and facts of the case with counsel and will provide the parties the opportunity to discuss the possible resolution of this case in advance of further proceedings, which would serve the public interest in prompt disposition of criminal cases. *See* Fed. R. Crim. P. 5.1(d); 18 U.S.C. § 3161(h)(7).

9.  To the extent that discussions may lead to a plea with a stipulated statement of facts, such a resolution of this matter would minimize the potential for exposing the identity of the minor victim. *See* 18 U.S.C. § 3509(d)(relating to confidentiality and sealing of matters involving a child victim).

10. A proposed order is submitted herewith.

Based on the foregoing, the Government respectfully requests that the Court grant this

Motion and continue the Preliminary Hearing in this matter and the time for filing an information or indictment until May 25, 2018.

                    Respectfully submitted,

                    Robert K. Hur
                    United States Attorney

By:   */s/ Joseph R. Baldwin*
       Joseph R. Baldwin
       Assistant United States Attorney